**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 96-2640**

_____

KATHRYN M. WEHUNT,

Plaintiff - Appellant,

versus

TOYOTA MOTOR SALES, U.S.A., INCORPORATED,

Defendant - Appellee.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Alexander Harvey II, Senior District
Judge.  (CA-96-7-H)

_____

Submitted:  February 13, 1997      Decided:  February 25, 1997

_____

Before WIDENER and HAMILTON, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Kathryn M. Wehunt, Appellant Pro Se.  Richard Jeffrey Magid, Mark
Christopher Kopec, WHITEFORD, TAYLOR & PRESTON, Baltimore, Mary-
land, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's adverse order granting summary judgment in her action filed pursuant to the Americans with Disabilities Act, 42 U.S.C.A. §§ 12101-12117 (West 1995). We have reviewed the record and the district court's opinion and find no reversible error. Appellant failed to establish a <u>prima</u> <u>facie</u> case of discrimination. <u>See</u> <u>Ennis v. National Ass'n of Bus. & Educ. Radio</u>, 53 F.3d 55, 58 (4th Cir. 1995). Moreover, we find that the district court's assessment against Appellant of the reasonable cost of the preparation of the employer's successful summary judgment motion was not an abuse of the court's discretion. <u>See</u> Fed. R. Civ. P. 54(d); 28 U.S.C. § 1920 (1994); <u>Oak Hall Cap and Gown Co. v. Old Dominion Freight Line, Inc.</u>, 899 F.2d 291, 296 (4th Cir. 1990). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

<u>AFFIRMED</u>